IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL MENDEZ; GABRIEL LOPEZ; REINA ELIZABETH MARTINEZ; FABIAN RESENDEZ; EDWIN HERNANDEZ; GRACIELA GOMEZ; JOSE ROLANDO RODRIGUEZ; SHASTA S. BROWN; JUAN DE LA CRUZ; and ALL OTHERS SIMILIARLY SITUATED,<br><br>Plaintiffs,<br><br>V.<br><br>TIMBERWOOD CARPENTRY & RESTORATION, LLC; TOMAC OF FLORIDA, INC. D/B/A GLOBAL RESTORATION GROUP; TRI-STATE EMPLOYMENT SERVICE, INC. D/B/A TRI-STATE EMPLOYMENT SERVICES, INC., D/B/A TSE TEXAS PEO; STS GROUP, INC. D/B/A STS SOLUTIONS, INC.; FERNANDO NAVA, SR., and ROBERT CASSERA,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:09-cv-00490 |

## **ORDER**

On this day, the Court considered Defendant Tomac of Florida, Inc. d/b/a Global Restoration Group's Rule 54(b) Motion to Certify December 9, 2009 Memorandum Opinion and Order as a Final and Appealable Judgment as to Defendant Tomac of Florida, Inc. d/b/a Global Restoration Group. The Court is of the opinion that the motion should be GRANTED. It is therefore,

ORDERED that Defendant Tomac of Florida, Inc. d/b/a Global Restoration Group's Rule 54(b) Motion to Certify December 9, 2009 Memorandum Opinion and Order as a Final and Appealable Judgment as to Defendant Tomac of Florida, Inc. d/b/a Global Restoration Group is

hereby granted as the Court expressly determines that there is no just reason for delay in granting such motion. It is further,

ORDERED that the December 9, 2009 Memorandum Opinion and Order is a final judgment as to Defendant Tomac Florida, Inc. d/b/a Global Restoration Group herein and appealable from the date of this Order. It is still further,

ORDERED that Plaintiffs, and all others similarly situated, shall take-nothing from Defendant Tomac Florida, Inc. d/b/a Global Restoration Group by reason of this suit and Defendant Tomac Florida, Inc. d/b/a Global Restoration Group stands fully discharged, released and acquitted herein.

All costs of court are taxed against the party incurring same.

SIGNED this the 25th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE